IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------X
:
PINAKIN PATEL, and similarly situated :
individuals :
: CIVIL ACTION NO. 2:17-cv-3798
Plaintiff, :
:
v. :
:
LONG VALLEY PHARMACY, INC., :
and MICKEY SINGH :
:
Defendants. :
-------------------------------------------------X

## CONSENT ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel, that all claims which were asserted by and between the parties to the above-captioned matter are hereby dismissed in their entirety, with prejudice and without costs and/or attorneys' fees to any party.

/s/ _____
Andrew Glenn, Esq.

Jaffe Glenn Law Group
*Attorney for Plaintiff*

/s/ _____
Tracy A. Armstrong, Esq.

Wilentz, Goldman & Spitzer, P.A.
*Attorney for Defendants*

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

_____
The Hon. Kevin McNulty, U.S.D.J.